JACOB HIRSCHFIELD, Respondent, v. SALOMONE, INC., et al., Appellants, and 300 EAST 57TH ST., INC., Respondent.— Motions for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Beldock, JJ. [See 281 App. Div. 987.]

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEWISH CHILD CARE ASSOCIATION OF NEW YORK, Respondent, against JACK HANDSMAN et al., Appellants. — Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See 281 App. Div. 980.]

■

In the Matter of the Second Intermediate Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Executor of LEWIS C. LEDYARD, JR., Deceased. In the Matter of DOROTHY L. KNIFFIN, Individually and as General Guardian of the Property of NORA KNIGHT and Another, Infants, for an Order under Section 231-a of the Surrogate's Court Act. In the Matter of DOROTHY L. KNIFFIN, for the Removal of the UNITED STATES TRUST COMPANY OF NEW YORK, as Executor and Trustee under the Will of LEWIS C. LEDYARD, JR., Deceased. DOROTHY L. ONET, Formerly DOROTHY L. KNIFFIN, et al., Appellants; UNITED STATES TRUST COMPANY OF NEW YORK, as Executor of and Trustee under the Will of LEWIS C. LEDYARD, JR., Deceased, et al., Respondents.— Motions referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ. Motions for reargument denied, without costs. Motions for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Adel, MacCrate, Schmidt and Beldock, JJ. [See 281 App. Div. 994.]

■

CONRAD SCARLATA, Respondent, v. MICHAEL A. FINAZZO, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Wenzel, Schmidt and Beldock, JJ. [See 281 App. Div. 990.]